UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| SARAH E. ROGERS, | ) No. 5:21-cv-01137-KDW |
| Plaintiff, | ) |
| v. | ) |
| KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court on Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). ECF No. 28. Plaintiff, through counsel, concurs with the motion. Defendant's Motion is *granted*. This case shall be remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will refer Plaintiff's case to an administrative law judge to further evaluate this case (and, if necessary, hold a new administrative hearing) and then issue a new decision.

IT IS SO ORDERED.

January 21, 2022
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge